IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-140 |
| | ) |
| KOLENDA L. MACORMAC | ) |
| Defendant. | ) |

<u>ORDER</u>

AND NOW, this 2nd day of June, 2009, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered June 2, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, June 5, 2009 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

<u>s/Gary L. Lancaster</u>    ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Ross E. Lenhardt,
    Assistant United States Attorney

    Derwin Rushing, Esquire
    901 Western Avenue
    Pittsburgh, PA 15233

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation